**Dismissed and Opinion Filed November 9, 2016.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01040-CV

**JOSE ROBERTO MORA D/B/A ROBERTO'S BIG D TIRES, Appellant**
**V.**
**LISA HUGHES AND GERALD HUGHES, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03404-B**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. By letter dated September 8, 2016, we informed appellant that we received notice from the Dallas County District Clerk that the clerk's record has not been filed because appellant had not paid or made arrangements to pay the clerk's fee. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs. We cautioned appellant that if the Court did not receive the required documentation within ten days, the Court might dismiss the appeal for want of prosecution. To date, we have not received the requested verification or documentation, and the clerk's record has not been filed.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

161040F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE ROBERTO MORA D/B/A
ROBERTO'S BIG D TIRES, Appellant

No. 05-16-01040-CV          V.

LISA HUGHES AND GERALD HUGHES,
Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-16-03404-B.
Opinion delivered by Justice Evans, Justices
Lang and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LISA HUGHES AND GERALD HUGHES recover their costs of this appeal, if any, from appellant JOSE ROBERTO MORA D/B/A ROBERTO'S BIG D TIRES.

Judgment entered this 9th day of November, 2016.